# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00180-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. REIVA VELA,

     Defendant.

---

## MINUTE ORDER[1]

---

     A Notice of Disposition was filed on May 12, 2010. A Change of Plea hearing is set for **June 3, 2010**, at 11:00 a.m. **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

     **IT IS FURTHER ORDERED** as follows:

     1. That the hearing on **Defendant Revia Vela's Unopposed Motion For Ends of Justice Continuance of Deadline To File Pretrial Motions and Trial** [#19] filed April 20, 2010, set for May 25, 2010, is **VACATED** for defendant Vela only; and

     2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

     Dated: May 12, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.