**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00180-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REIVA VELA,

    Defendant.

---

**MINUTE ORDER**[1]

---

At the oral request of defense counsel, the change of plea hearing previously set for June 3, 2010, is **VACATED** and is **CONTINUED** to **July 6, 2010**, at 11:00 a.m. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: May 12, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.